**UNITED STATES of America, Plaintiff–Appellee**

v.

**Juan Alberto QUELIS, also known as Juan Quelis, Defendant–Appellant**

No. 15–41648
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 11/18/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Juan Alberto Quelis, Pro Se.

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney retained to represent Juan Alberto Quelis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Quelis has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Quelis's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's motion to withdraw based on a purported conflict and appoint new counsel or allow the defendant to represent his own interest is DENIED as moot.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.